SHERMAN P. HAWKINS, Petitioner, *v.* ROGER W. CRIST, Warden of the Montana State Prison, and the State of Montana, Respondents.

No. 13408.
Decided June 14, 1976.
550 P.2d 1319.

### ORDER

PER CURIAM:

A petition having been filed herein seeking the issuance of a writ of habeas corpus and the matter having been heard ex parte before this Court on this 14th day of June, 1976, and the matter taken under advisement, and the Court having considered such argument, the application and brief.

IT IS ORDERED that the relief requested be denied.